SAMUEL P. HYMAN et al., Appellants, *v.* REBECCA KAPP, as Administratrix, etc., et al., Respondents.

(Submitted December 4, 1890; decided December 16, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made at the May term, 1889, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Blumensteil & Hirsch* for appellants.

*B. F. Einstein* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.